For the respondent, *Margolies & Manetti.*

For the appellants, *McDermott, Enright & Carpenter.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.

---

SAWER GLOWACKY, ADMINISTRATOR AD PROSEQUEN-DUM, ETC., APPELLANT, v. SHEFFIELD FARMS COMPANY, INCORPORATED, RESPONDENT.

Submitted February 11, 1927—Decided May 16, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 849.

For the appellant, *Alexander Simpson.*

For the respondent, *Autenrieth, Gannon & Wortendyke.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.